UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL WEIK, as administrator of the estate of CARL WEIK<br><br>    Plaintiff,<br><br>V.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, AND ASSOCIATION GROUP INSURANCE ADMINISTRATOR,<br><br>    Defendants, | CASE NO.: |

To:   CLERK OF THE COURT
      United States District Court
      for the District of Delaware
      J. Caleb Boggs Federal Building
      844 N. King Street
      Wilmington, DE 19801

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants Life Insurance Company of North America, Legionnaire Insurance Trust and Association Group Insurance Administrators file this notice of removal, pursuant to 28 U.S.C. §§ 1332 and 1441, from the Superior the State of Delaware in and for New Castle County in which it is now pending, to the United States District Court for the District of Delaware, and state as follows:

1. A Praecipe for Summons and a Complaint were filed by the Plaintiff in the Superior Court for New Castle County, Delaware on or about August 15, 2005 and were assigned Docket Number 05C-08-144-FSS.

2. Copies of the Praecipe for Summons and Complaint were received by Defendant on or about August 31, 2005. True and correct copies of the Praecipe for Summons and the Complaint as received by Defendants are attached hereto as Exhibit "A."

3. The matter in dispute arises from Plaintiff's demand for accidental death insurance benefits under a policy of group insurance issued by Life Insurance Company of North America, administered by Association Group Insurance Administrators and sponsored by the Legionnaire Insurance Trust. The decedent Carl Weik died in an automobile accident that occurred in Newark, Delaware. His estate exists under the laws of Delaware and Plaintiff, who is his beneficiary, is a resident Delaware.

4. The amount of insurance benefits in controversy is $76,000, exclusive of interest, and costs. *See* Declaration of Rita McMullen at ¶ 11, which is attached to this Notice of Removal as Exhibit "B."

5. Plaintiff is a resident of the State of Delaware, and at all times relevant to this proceeding has and continues to maintain his domicile at 1123 Powderhorn Drive, Newark, Delaware 19713. *See* Exhibit "B" at ¶¶ 3, 4, 5, 6 and Exhibits One through Three thereto..

6. Decedent Carl Weik was a resident of Delaware, and maintained his domicile at 13 Capano Drive, At. C4, Newark, DE 19702-1853. *See* Exhibit "B" at ¶ 4 and Exhibit Three thereto.

7. Defendant Life Insurance Company of North America is a Pennsylvania corporation with its principal place of business at 1610 Chestnut Street, Philadelphia, PA 19103. *See* Exhibit "B" at ¶ 8.

8. Defendant Legionnaire Insurance Trust is a not-for-profit trust, organized and maintained under Internal Revenue Code § 501 (c) (19), to which numerous Departments (state organizations) of The American Legion have joined, and has its situs in Washington, D.C. *See* Exhibit "B" at ¶ 9.

10. Association Group Insurance Administrators ("AGIA") is a California corporation with its principal place of business at 1155 Eugenia Place, Carpinteria, CA USA 93013. By way of clarification, the correct name of this defendant is A.G.I.A., Inc. *See* Exhibit "B" at ¶ 7.

10. Defendants Legionnaire Insurance Trust and AGIA consent to the removal of this action to this district court.

11. This Notice of Removal is filed within 30 days after receipt by Defendant "through service or otherwise, a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based," as provided by 28 U.S.C. § 1446(b).

12. Jurisdiction in this court is proper because the matter in controversy exceeds the sum or value of $75,000, exclusive of interests or costs, and is between citizens of different States. 28 U.S.C. § 1332 (a) (1).

13. Venue is proper in this judicial district because a substantial part f the events giving rise to the claim occurred here.

**WHEREFORE,** pursuant to 28 U.S.C. §§ 1441 and 1446 and 29 U.S.C. § 1132 (a), Defendants Life Insurance Company of North America, Legionnaire Insurance Trust and

Association Group Insurance Administrators, Inc. request that further proceedings in the Court of Common Pleas of Bucks County, Pennsylvania be discontinued, and remove this civil action to the United States District Court for the District of Delaware.

Defendant, upon the filing of this notice of removal, will also be filing copies of this notice with the Office of the Prothonotary, Superior Court for New Castle County, New Castle County Courthouse 500 North King Street, Wilmington, DE 19801 to effect removal of this action to the United States District Court pursuant to 28 U.S.C. § 1446.

MARGOLIS EDELSTEIN

Dated: 9/30/05

Jeffery K. Martin, Esquire
Identification No. 2407
Attorney for Defendants,
Life Insurance Company of North America,
Legionnaire Insurance Trust and Association Group
Insurance Administrators
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680

## CERTIFICATE OF SERVICE

I, JEFFREY K. MARTIN, ESQUIRE, hereby certify that I have served via first class mail, postage prepaid, a true and correct copy of the aforesaid pleading on the following on the date set forth below:

>Arthur Krawitz, Esquire
>Matthew R. Fogg
>Doroshow, Pasquale, Krawitz, Siegel & Bhaya
>1202 Kirkwood Highway
>Wilmington, DE  19805

_____
JEFFREY K. MARTIN, ESQUIRE

DATE: September 30, 2005