# EXHIBIT "A"

*7*

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

PAUL WEIK, as administrator of the estate
of CARL WEIK,

      Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA, a foreign corporation,
LEGIONNAIRE INSURANCE TRUST
PROGRAM, a foreign organization,
ASSOCIATION GROUP INSURANCE
ADMINISTRATORS, a foreign
corporation,

      Defendants.

C.A. No.: *05C-08-144 FSS*

**SUMMONS**

THE STATE OF DELAWARE
TO THE SHERIFF OF KENT COUNTY
YOU ARE COMMANDED:

    To summon the above named defendants so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendants shall serve upon MATTHEW R. FOGG, ESQUIRE, Plaintiff's attorney, whose address is 1202 Kirkwood Highway, Wilmington, Delaware 19805, an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by the plaintiff).

Dated: *8/22/05*

                                  Sharon Agnew
                                  Prothonotary
                                  Per Deputy

TO THE ABOVE NAMED DEFENDANT:

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiff's attorney named above an answer to the complaint of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

                                    Sharon Agnew
                                  Prothonotary
                                  Per Deputy

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302.998.0100

09/09/05  FRI 08:30  [TX/RX NO 8599]

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: (N)   K   S          · CIVIL ACTION NUMBER: _O5C-08-144 FSS_

CIVIL CASE CODE:   |CDBT         CIVIL CASE TYPE: |Breach of Contract

| CAPTION: | NAME AND STATUS OF PARTY FILING DOCUMENT: |
|---|---|
| PAUL WEIK, as administrator of the estate of CARL WEIK, | PAUL WEIK<br><br>Plaintiff |
| Plaintiff, | Document Type: (*E.G., Complaint; Answer with Counterclaim)<br><br>Complaint |
| v.<br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a foreign corporation, LEGIONNAIRE INSURANCE TRUST PROGRAM, a foreign organization, ASSOCIATION GROUP INSURANCE ADMINISTRATORS, a foreign corporation, | Non-Arbitration<br>(Certificate of Value may be required)<br>complaint |
| Defendants. | Arbitration __X__ Mediation ____ Neutral Assessment ____<br><br>Defendant (Circle One)   ACCEPT      REJECT<br><br>Jury Demand   __X__ Yes ____ No<br><br>Track Assignment Requested: (Circle One)<br><br>**EXPEDITED      STANDARD      COMPLEX** |

| ATTORNEY NAME(S):<br>ARTHUR KRAWITZ<br>MATTHEW R. FOGG | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS |
|---|---|
| FIRM NAME:<br>Doroshow, Pasquale, Krawitz, Siegel & Bhaya | |
| ADDRESS:<br>1202 Kirkwood Highway<br>Wilmington, DE   19805 | Explain The Relationship(s): |
| TELEPHONE NUMBER:<br>302-998-0100 | |
| FAX NUMBER:<br>302-998-9114 | |
| | Other Unusual Issues that Affect Case Management: |
| E-MAIL ADDRESS:<br>ArtKrawitz@dplaw.com<br>MattFogg@dplaw.com | |
| | (If Additional Space Is Needed, Please Attach Pages) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND TO HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

09/09/05   FRI 08:30   [TX/RX NO 8599]

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

PAUL WEIK, as administrator of the estate
of CARL WEIK,

     Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA, a foreign corporation,
LEGIONNAIRE INSURANCE TRUST
PROGRAM, a foreign organization,
ASSOCIATION GROUP INSURANCE
ADMINISTRATORS, a foreign
corporation,

     Defendants.

C.A. No.: 05C-08-144

**ARBITRATION CASE**

**JURY OF SIX DEMANDED**

FILED
PROTHONOTARY

2005 AUG 15 PM 4:05

2005 AUG 25 AM 11:17
SHERIFF'S HANDS
KENT COUNTY, DEL.

## PRAECIPE

To:    PROTHONOTARY
      New Castle County Court House
      500 North King Street
      Wilmington, Delaware 19801

PLEASE ISSUE A SUMMONS to the Sheriff of Kent County to effect service of the

Summons and Complaint upon the defendant, Life Insurance Company of North America, by

serving the Insurance Commissioner of the State of Delaware located at 841 Silver Lake

Boulevard, Dover, Delaware 19901, pursuant to 18 Del. C. §525 (a).


PLEASE ISSUE A SUMMONS to the Sheriff of Kent County to effect service of the

Summons and Complaint upon the defendants as follows:

    1. Legionnaire Insurance Trust, by serving the Secretary of State of Delaware pursuant to

10 Del. C. §3104;

    2. Association Group Insurance Administrators, by serving the Secretary of State of

Delaware pursuant to 10 Del. C. §3104;

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

09/09/05  FRI 08:30  [TX/RX NO 8599]

DOROSHOW, PASQUALE
KRAWITZ & BHAYA

By: _____
ARTHUR M. KRAWITZ
MATTHEW R. FOGG
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorneys for Plaintiff

DATED: 8/15/05

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

③

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

PROTHONOTARY

2005 AUG 15  PM 4:08

PAUL WEIK, as administrator of the estate
of CARL WEIK,
          :
          :
 Plaintiff,      :
          :
v.           :
          :
LIFE INSURANCE COMPANY OF :
NORTH AMERICA, a foreign corporation, :
LEGIONNAIRE INSURANCE TRUST :
PROGRAM, a foreign organization,
ASSOCIATION GROUP INSURANCE
ADMINISTRATORS,  a foreign
corporation,

 Defendants.

C.A. No.: 05C-08-144 FSS

**ARBITRATION CASE**

**JURY OF SIX DEMANDED**

COMPLAINT

1. The plaintiff, Paul Weik, is the brother and administrator of the estate of Carl

Weik.

2. The defendant, Life Insurance Company of North America, is a corporation

authorized to transact insurance business in the State of Delaware.  [PLAINTIFF DEMANDS

THAT DEFENDANT, LIFE INSURANCE COMPANY OF NORTH AMERICA, DENY THE

ALLEGATIONS CONTAINED IN THIS PARAGRAPH, IF UNTRUE, BY AFFIDAVIT IN

ACCORDANCE WITH THE PROVISIONS OF 10 Del. C. §3915.]

3. The defendant, Legionnaire Insurance Trust, is an organization which is located at

1155 Eugenia Place, Carpinteria, CA 93013.

4. The defendant, Association Group Insurance Adminsitrators, Inc. is a foreign

corporation who manages the defendant, Legionnaire Insurance Trust, who's principal place of

business is 1155 Eugenia Place, Carpinteria, CA 93013.

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

5.      On or about June 1, 1997, the decedent, Carl Weik, became insured under a Travel Accident Policy numbered AT20025801, ("hereinafter referred to as the Policy") issued to the Legionnaire's Insurance Trust by the Life Insurance Company of North America.

6.      The Policy provided among other things for coverage of any "unforeseeable external events" which cause injury or result in loss of life in consideration of payment from the decedent, Carl Weik.

7.      The Policy states that if there is no surviving beneficiary, loss of life benefits will be paid in one lump sum to the first surviving class of either (a)wife or husband or (b) child or children and if there is no surviving member of the above, then the benefits will be paid to the decedents estate. A copy of the policy is attached as Exhibit "A".

8.      On March 6, 2004, at approximately 10:38 p.m., the decedent, Carl Weik was operating his vehicle northbound on Sunset Lake Road and Reybold Road in Newark, Delaware.

9.      At the aforementioned time and place, Decedent was involved in a motor vehicle accident.

10.     At the aforesaid date the decedent was taken to Christiana Hospital and thereafter died on March 11, 2004, as a result of head injuries he sustained during the automobile accident.

11.     The Plaintiff, Paul Weik filed a claim for benefits under the Travel Accident policy.

12.     On August 18, 2004, the defendant, Legionnaire Insurance Trust Program denied benefits under the terms and provisions in the policy.

13.     The failure of the defendant Legionnaire Insurance Trust Program to perform and tender payment upon demand by plaintiff, Paul Weik, constitutes a breach of contract with the decedent which was created by the Policy.

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

WHEREFORE, the plaintiff, Paul Weik, as administrator of the estate of Carl Weik, respectfully request this court to find defendants, Life Insurance Company of North American,

09/09/2005 09:43 FAX 2157615511          CIGNA                                    ☒015

Legionnaire Insurance Trust, and Association Group Insurance Administrators, jointly and

severally liable, and order defendants' to pay the proceeds of the above named Policy to plaintiff

and attorney's fees.

                                                            DOROSHOW, PASQUALE
                                                            KRAWITZ & BHAYA


                                            By: _____
                                                            ARTHUR M. KRAWITZ
                                                            MATTHEW R. FOGG
                                                            1202 Kirkwood Highway
                                                            Wilmington, DE 19805
                                                            (302) 998-0100
                                                            Attorneys for Plaintiff

DATED: 8/15/05

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100



02434    (4/07)

# CERTIFICATE OF INSURANCE

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
1601 Chestnut Street
Philadelphia, Pennsylvania 19192
A Stock Insurance Company herein called "We, Us, and Our"

**THIS CERTIFICATE DESCRIBES LIMITED COVERAGE. READ IT CAREFULLY.
THIS CERTIFICATE DESCRIBES ACCIDENT ONLY COVERAGE
WHICH DOES NOT PAY BENEFITS FOR LOSS FROM SICKNESS.**

## TRAVEL ACCIDENT COVERAGE

We, the Life Insurance Company of North America, have issued a group insurance policy to the Policyholder named in the Certificate Schedule.

We certify that the person named in the Certificate Schedule is covered, provided the required premium has been paid. The terms "you" and "your" refer to the person who is named.

Your coverage begins on the effective date shown in the Certificate Schedule provided your initial premium is paid when due during your lifetime.

Your benefits are described in this Certificate. You should read it with care so you will understand your coverage. This is not the insurance contract. The group policy is the only contract under which benefits are paid. You may examine it at the office of the Policyholder.

LIFE INSURANCE COMPANY OF NORTH AMERICA

John K. Leonard, President

### PREMIUM PAYMENT
Premiums for your coverage are payable to us. Premiums must be paid when due, subject to the grace period provision.

We may change the premium rates under the group policy, but only if the same change is made for all persons in the same class covered under the group policy.

### GRACE PERIOD
A grace period of 31 days is granted for each premium due after the first. Coverage will stay in force during this period unless notice to terminate coverage under the group policy has been sent. Coverage will end on the date premium was due if the premium has not been paid when the grace period expires.

### 30 DAY RIGHT TO EXAMINE CERTIFICATE
If you do not like the coverage provided under this Certificate for any reason, it may be returned to us not more than 30 days after receipt. We will return any premium that has been paid. In that case the Certificate will be void as if it had never been issued.

XX-39233(LIT)

AT1/AT2

09/09/2005 09:44 FAX 2157015511          CIGNA                                         ☒017

## TABLE OF CONTENTS

Termination of Coverage ......................................................................................................2
Description of Benefits .......................................................................................................2
Exclusions ..........................................................................................................................4
Definitions ...........................................................................................................................4
Provisions ...........................................................................................................................4

## TERMINATION OF COVERAGE

Your coverage will end on the earliest of:

1) the next premium due date if you are no longer an eligible member of a Subscribing Organization;
2) the premium due date, if the required premium is not paid by the end of the 31 day grace period.
3) the date the group policy is terminated;
4) the date that coverage is terminated for the class of eligible persons to which you belong; or
5) the date that the plan of benefits under which you are covered, is terminated.

## ELIGIBILITY

If you are a member, in good standing in a State Department of the American Legion which is participating in the Legionnaire Insurance Trust you are eligible to become covered under the policy. This includes persons who become eligible while this policy is in force.

## DESCRIPTION OF BENEFITS

### BENEFITS FOR ACCIDENTAL LOSS OF LIFE:

We will pay the applicable Principal Sum stated in the Schedule of Benefits if, within 90 days of an accident covered by the group policy, bodily injuries you suffer as a direct result and from no other cause from that accident, result in the loss of your life. The accident must happen while you are covered under the group policy. The accident must be of a type covered by either of the attached riders: Common Carrier Benefit Rider or Private Passenger Vehicle Benefit Rider.

### Aggregate (Per Accident) Limit of Liability

The Per Person Per Accident Limit of Liability is shown on the Certificate Schedule. The Per Accident Limit includes all benefits payable, whether payable in an lump sum or monthly basis.

XX-39233(LIT)

## COMMON CARRIER BENEFIT RIDER

This rider is attached to and made a part of the group insurance policy. This rider is subject to the terms, conditions, and provisions contained in the policy.

Coverage under this rider begins on the effective date shown on the Policy Schedule, provided premiums are paid when due.

### BENEFIT

The amount of benefit payable shall be determined by the Plan of Insurance selected, if you or your covered dependent sustains an accidental bodily injury resulting in the insured person's death within 90 days of the accident which occurred while covered under the group policy. The loss must result from an accident which occurs while you or your covered dependent is riding as a passenger in, or is struck by a common carrier. Riding includes getting into and out of the common carrier. When benefits are payable, we will pay the applicable Principal Sum (shown in the Schedule)

2

09/08/2005  08:44  FAX  2157015511            CIGNA                                    Ⓐ018

02434

in addition to any other benefit payable under the group policy.

We will also pay this benefit for a loss due to accidental exposure to the elements after the forced landing, stranding, sinking or wrecking of such common carrier in which you or your covered dependent was riding as a passenger.

**"Common Carrier"** means:
   (1)   a public conveyance (including aircraft) which is licensed for hire to carry fare-paying passengers; or
   (2)   a transport aircraft operated by the U.S. Military Airlift Command or a similar air transport service of another country.

This rider terminates at the same time as the group policy to which it is attached unless terminated at an earlier date. Except for the above, the rider does not change the group policy in any other way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

John K. Leonard, President

XX-39237(LIT)

---

## PRIVATE PASSENGER BENEFIT RIDER

This rider is attached to and made a part of the group insurance policy. This rider is subject to the terms, conditions, and provisions contained in the policy.

Coverage under this rider begins on the effective date shown on the Policy Schedule provided premiums are paid when due.

**BENEFIT**

The amount of benefit payable shall be determined by the Plan of Insurance selected. If you or your covered dependent sustains an accidental bodily injury resulting in the insured person's death within 90 days of the accident which occurred while covered under the group policy. The loss must result from an accident which occurs while you or your covered dependent is driving or riding as a passenger in, or getting in or out of a "private passenger automobile". When benefits are payable, we will pay the applicable Principal Sum (shown in the Schedule) in addition to any other benefit payable under the group policy.

**"Private passenger automobile"** means: a validly registered four wheel private passenger car (including Subscribing Organization-owned cars), campers, motorized golf carts, motor homes, nonmotorized bicycles, nonmotorized adult tricycles, station wagons, jeeps, pick-up trucks, and van-type cars that are not licensed commercially or being used for commercial purposes.

Any vehicle being used as a taxicab, bus or other public conveyance will not be considered a **"private passenger automobile"**.

This rider terminates at the same time as the group policy to which it is attached unless terminated at an earlier date. Except for the above, the rider does not change the group policy in any other way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

John K. Leonard, President

XX-39248(LIT)

---

3

09/09/2005 09.44 FAX 2157615511                    CIGNA                                                        ⌀019

## EXCLUSIONS

Benefits will not be paid for a loss caused by or resulting from:

1) intentionally self-inflicted injury, suicide or attempted suicide, while sane or insane;
2) declared or undeclared war or act of war, including resistance to armed aggression;
3) service in the military, naval or air force of any country or International organization;
4) operating, riding in or descending from any kind of aircraft, except when riding solely as a passenger on a licensed commercial, non-military aircraft;
5) sickness, disease, bodily or mental infirmity or medical or surgical treatment thereof;
6) bacterial infections, except when caused by an accident or medical treatment of an accidental injury;
7) injury sustained while driving or riding in a speed or endurance contest.

## DEFINITIONS

Whenever used in this certificate:

"Accident" means a sudden, unforeseeable external event which:
 (1) causes injury to you; and
 (2) which is not contributed to, by disease, sickness, Mental or bodily infirmity.

"Acts of Terrorism" means violence which is:
 (1) committed against non-combatants;
 (2) premeditated and politically motivated; and
 (3) committed by:
  (a) a person or persons not acting on behalf of a foreign state; or
  (b) clandestine state agents.

"Doctor" means a licensed practitioner of the healing arts acting within the scope of his license. Doctor does not include: you or your spouse; or you or your spouse's child, parent, brother, sister; or a person living with you.

"Injury" means bodily harm which results, directly and independently of all other causes, from an accident.

"Subscribing Organization" means an entity which is a participating organization under the group policy.

## PROVISIONS

**Notice of Claim:**

Written notice must be given within 30 days (Kentucky: 60 days) after a covered loss begins or as soon as reasonably possible. Notice can be given to us at our home office at Philadelphia, Pennsylvania or to our agent. Notice should include your name, address and group policy number.

**Claim Forms:**

When we receive the notice of claim, we will send forms for filing proof of loss. If claim forms are not sent within 15 days after we receive notice of claim, the proof requirements will be met by submitting, within 90 days, written proof of the nature and extent of the loss.

**Proofs of Loss:**

Written proof, satisfactory to us, must be given to us within 90 days after the date of loss. If that is not reasonably possible, we will not deny or reduce any claim if proof is furnished as soon as reasonably possible, but no later than one year after the end of those 90 days, except in the absence of legal capacity.

**Time of Payment of Claims:**

Benefits payable under the group policy for a loss other than loss for which the group policy provides a periodic payment will be paid as soon as we receive written proof of loss satisfactory to us. Subject to such written proof of loss, all accrued benefits for loss for which the group policy provides periodic payment will be paid not later than the end of each month during the continuance of the period for which we are liable. Any balance remaining unpaid at the

4

end of liability will be paid as soon as we receive due written proof, satisfactory to us.

**Payment of Claims:**

Your loss of life benefits will be paid to the beneficiary named in our files. If you have designated more than one beneficiary your benefits will be divided equally among all beneficiaries you have named, unless you have directed us otherwise.

If there is no surviving beneficiary, your loss of life benefits will be paid in one lump sum to the first surviving class of the following classes of beneficiaries:

    a)  your wife or husband
    b)  your child or children.

If there is no surviving member of any of the above classes, the benefits will be paid to your estate. All other benefits will be paid to you, if living, or your estate. If we are to make payments to your estate or to a family member who is incapable of giving a valid release, we may pay up to $1,000 to a relative by blood or marriage whom we believe is equitably entitled. This good faith payment satisfies our legal duty to the extent of that payment.

The benefits can be paid in one lump sum or at your written request, in accordance with one of our available settlement plans. If you have not chosen any such settlement plan, the beneficiary can do so after your death. The beneficiary should request in writing to be paid from an available settlement plan. We must agree to the plan chosen.

**Assignment:**

Insurance provided under this group policy cannot be assigned.

**Change of Beneficiary:**

You can change your beneficiary at any time by giving us written notice. The beneficiary's consent is not required for this or any other change which you may make unless the designation of beneficiary is irrevocable.

If this certificate as of its effective date, replaces another group certificate which insured you as a Member of the American Legion for accidental death and dismemberment benefits, then any beneficiary designation made under that replaced certificate shall also apply under this certificate, subject to change in accordance with this section.

**Physical Examination and Autopsy:**

We will pay the cost and have the right to have you examined as often as reasonably necessary while a claim is pending. We can have an autopsy performed at our expense unless prohibited by law.

**Plan Changes:**

We may agree with the Policyholder to modify a plan of benefits without your consent. Insurance provided by the group policy may be changed or canceled without your consent and without prior written notice to you.

**Legal Actions:**

No action at law or in equity shall be brought to recover benefits under the group policy less than 60 days after written proof of loss has been furnished as required by the group policy. No such action shall be brought more than 3 years (Kansas: 5 years; South Carolina: 6 years) after the time written proof of loss is required to be furnished.

**Worker's Compensation Insurance:**

The group policy is not in lieu of and does not affect any requirement for coverage under any Worker's Compensation Insurance.

**Misstatement of Age or Sex:**

If your age or sex has been misstated, the benefits will be what the premium paid would have bought at the correct age or sex.

5

**Clerical Error:**

Your coverage will not be affected by error or delay in keeping records of insurance under this policy. If such an error or delay is found, the premium will be adjusted fairly.

**Incontestability:**

Any statement made by the policyholder or you or your covered dependent in applying for this insurance, other than a fraudulent misstatement, shall be considered a representation and not a warranty. No such statement shall be used to contest a claim under the group policy unless that statement is contained in writing and a copy is or has been furnished to the claimant. No such statement shall be used in contesting the validity of your or your covered dependent's insurance after that insurance has been in force for two years during your or their lifetime.

XX-39233(LIT)

# DEPENDENT COVERAGE RIDER

This rider is attached to and made a part of the group insurance policy. This rider is subject to the terms, conditions, and provisions contained in the policy.

Coverage under this rider begins on the effective date shown on the Policy Schedule provided the initial premium is paid during the lifetime of your covered dependents.

**BENEFITS**

Benefits, as described in the section of your certificate titled "Description of Benefits", and any riders providing benefits that may be attached to this certificate, are provided for the your covered dependents as defined in this rider.

The applicable Principal Sum for a covered dependent is based upon a percentage of your Principal Sum and is shown on your Certificate Schedule.

**TERMINATION:**

A covered dependent's coverage will end on the earliest of:
1) the date your coverage ends;
2) the premium due date if the required premium is not paid by the end of the 31-day grace period;
3) the next premium due date, if the covered dependent is no longer eligible; however, a covered Dependent child's coverage will continue after such child has reached the age limit and is:
   a) disabled as of his or her 23rd birthday;
   b) incapable of self-sustaining employment due to a physical or mental handicap; and
   c) remains dependent on you for support.
   You must give us proof of the dependent child's disability within 31 days of the child reaching the age limit. We may require proof again from time to time but not more than once a year after the first year following the child reaching the age limit.
4) the date that coverage is terminated for the class of persons to which the covered dependent belongs.
5) the date the group policy is terminated.

**BENEFICIARY**

A covered dependent's benefits will be paid to you, if living. If not, we will pay your estate.

**ADDING DEPENDENTS**

Any eligible dependents not covered on the effective date of your coverage may become covered by written request to us and by payment of any required premium. The effective date of such dependent's coverage will be the first of the month after we have approved the request, provided the correct initial premium is paid during their lifetime.

6

**DEFINITIONS**

"Covered Dependent" means your legal spouse; and your unmarried dependent child(ren) whose principal residence is with you, who relies on you for support and maintenance and who is at least 14 days of age and under 19 years of age, (23 while a full-time student in an accredited school beyond the 12th grade), provided the required premiums have been paid for them.

Child includes stepchild, foster child, legally adopted child, a child pending finalization of adoption proceedings, and natural child.

A person may not be insured as both a member and a dependent. When both married spouses are insured as members under the group policy, only one spouse shall be considered to have any eligible dependents.

This rider terminates at the same time as the group Policy to which it is attached unless terminated at an earlier date. Except for the above, the rider does not change the group Policy in any other way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

John K. Leonard, President

XX-39235(LIT)

---

## HOSPITAL CONFINEMENT BENEFIT RIDER

This rider is attached to and made a part of the group insurance policy. This rider is subject to the terms, conditions, and provisions contained in the policy.

Coverage under this rider begins on the effective date shown on the Policy Schedule, provided premiums are paid when due.

**HOSPITAL BENEFIT**

We will pay the Hospital Confinement Benefit set forth below if you or your covered dependents are confined to a hospital as an inpatient:

  (1)  due to a non-occupational injury which results from an accident which is covered under the Common Carrier or Private Passenger Benefit Riders;
  (2)  at the direction and under the care of a doctor;
  (3)  while your coverage is in effect;
  (4)  the hospital confinement is medically necessary; and
  (5)  within 90 days of the covered accident.

The benefit payable for each day will be an amount equal to your Daily Benefit shown on the Certificate Schedule. We will pay the Daily Benefit for up to the maximum benefit period of that hospital confinement and any related confinement.

Benefits will begin on the first day of a period of confinement that results from an injury.

The hospital confinement benefit is an amount equal to the Daily Benefit subject to a maximum benefit period for that confinement and any related confinement.

Termination of the group policy will not affect the benefits payable for the covered confinement as long as that confinement remains continuous and uninterrupted. However, benefits will not be extended to cover subsequent, Related Confinements, nor will it be extended beyond the 12th month following the termination date of the group policy.

7

00314

## DEFINITIONS

Whenever used in this certificate:

"Hospital" means an institution which:

1) is licensed as a hospital pursuant to applicable law;
2) is primarily and continuously engaged in providing medical care and treatment to sick and injured persons on an inpatient basis;
3) is under the supervision of a staff of doctors;
4) provides 24-hour nursing service by or under the supervision of a graduate registered nurse (R.N.);
5) has medical, diagnostic and treatment facilities, with major surgical facilities:
   a)    on its premises; or
   b)    available to it on a prearranged basis; and
6) charges for its services.

Hospital shall include a Veteran's Administration hospital or Federal Government hospitals and the requirement in item 6) above, that a patient must incur an expense as an inpatient shall be waived.

Hospital does not include a clinic or facility or unit of a hospital for:
1) convalescent, custodial (primarily for the purpose of meeting personal needs and could be provided by persons other than doctors or nurses), educational or nursing care;
2) the aged, a place for persons with mental or nervous disorders, drug addicts or alcoholics;
3) rehabilitation.

"Inpatient" means confinement for which the insured person is charged for at least one full day's room and board. (Except that the requirement that a person be charged for room and board shall not apply to confinement in a Veteran's Administration hospital or Federal Government hospital and in such case, the term "Inpatient" shall mean confinement for which the insured person is required to be in the hospital for a period of at least a "full day" as determined by the hospital.)

"Medically Necessary" means the you have a medical condition which requires a degree and frequency of medical services and treatment which can be provided only in a hospital on an inpatient basis.

"Related Confinements" means successive confinements in either a Hospital or Extended Care Facility unless (1) the latter confinement results from causes entirely unrelated to the causes of the earlier confinement, or (2) the confinements are separated by at least 180 days.

## EXCLUSIONS AND LIMITATIONS

Benefits will not be paid for a loss caused by or resulting directly or indirectly from one of the following:

1. confinement which is not ordered by a doctor;
2. confinement which is not reasonably necessary for the medical care of sickness or injury;
3. intentionally self-inflicted injuries, suicide or attempted suicide, while sane or insane;
4. bacterial infections, except when caused by an accident or medical treatment of an accidental bodily injury;
5. disease, bodily or mental infirmity, or medical or surgical treatment for these conditions;
6. bodily injury for which a person insured under this rider is entitled to benefits under the Worker's Compensation law or any similar law;
7. declared or undeclared war, including resistance to armed aggression.

This rider terminates at the same time as the group Policy to which it is attached unless terminated at an earlier date. Except for the above, the rider does not change the group Policy in any other way.

LIFE INSURANCE COMPANY OF NORTH AMERICA

John K. Leonard, President

XX-39236(LIT)

8

09/09/05  FRI 08:30  [TX/RX NO 8599]