# EXHIBIT "B"

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL WEIK, as administrator of the estate of CARL WEIK<br><br>    Plaintiff,<br><br>V.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, AND ASSOCIATION GROUP INSURANCE ADMINISTRATOR,<br><br>    Defendants, | :<br>:<br>:<br>:<br>: CASE NO.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### DECLARATION OF RITA McMULLEN

Pursuant to 28 U.S.C. § 1746, I, Rita McMullen, make this declaration of my personal knowledge, information and belief, and declare that:

1. I am employed by the law firm of Margolis Edelstein and am authorized to make this declaration on its behalf in support of removal of the above captioned lawsuit from the Superior Court for New Castle County to this district court. I have reviewed a true and correct copy of the claim file prepared by Life Insurance Company of North America in making this declaration. ¶

2. The subject matter of the Complaint in this lawsuit is Plaintiff's demand for accidental death insurance benefits under a policy of group insurance issued by Life Insurance Company of North America, administered by Association Group Insurance Administrators and

sponsored by the Legionnaire Insurance Trust.

3. The Complaint omits any allegation of Plaintiff's domicile; however, Plaintiff is a resident of the State of Delaware.

4. Plaintiff has admitted under oath that his present domicile is 1123 Powderhorn Drive, Newark, Delaware 19713 in a Preference Beneficiary's Affidavit that he submitted to LINA with regard to Carl Weik's death. A copy of the Preference Beneficiary's Affidavit is attached to this Declaration as Exhibit One.

5. Plaintiff has further admitted that his present domicile is 1123 Powderhorn Drive, Newark, Delaware 19713 in the claim form that he submitted to LINA with regard to Carl Weik's death. A copy of the claim form is attached to this Declaration as Exhibit Two.

6. Plaintiff's present domicile is recorded in the Certificate of Death for Carl Weik as 1123 Powderhorn Drive, Newark, Delaware 19713. A copy of the Certificate of Death is attached to this Declaration as Exhibit Three.

7. During his life, insured Carl Weik was a resident of Delaware, and maintained his domicile at 13 Capano Drive, Apt. C4, Newark, DE 19702-1853. *See* Exhibits Two and Three.

8. Defendant Life Insurance Company of North America is a Pennsylvania corporation with its principal place of business at 1610 Chestnut Street, Philadelphia, PA 19103.

9. Defendant Legionnaire Insurance Trust is a not-for-profit trust, organized and maintained under Internal Revenue Code § 501 (c) (19), to which numerous Departments (state organizations) of The American Legion have joined, and has its situs in Washington, D.C.

10. Association Group Insurance Administrators ("AGIA") is a California corporation with its principal place of business at 1155 Eugenia Place, Carpinteria, CA USA 93013. By way of clarification, the correct name of this defendant is A.G.I.A., Inc

11. The Complaint omits any allegation of the amount of insurance benefits in controversy; however, the amount in controversy is $76,000, exclusive of interest and costs.

12. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2005

RITA McMULLEN