# EXHIBIT 1

*Preference*
*Beneficiary's Affidavit*

**CIGNA Group Insurance**
☐ Connecticut General Life Insurance Company
☐ Life Insurance Company of North America
☐ Insurance Company of North America
☐ INA Life Insurance Company of New York



**CIGNA**

This affidavit relates to a claim for benefits under the policy identified below, issued by the company designated by [X] and hereinafter called the Company.

| POLICY NUMBER | CERTIFICATE NUMBER | NAME OF DECEASED |
|---|---|---|
| | A.E 20C25801 | Carl Weik |

NOTE: This affidavit is to be used whenever no beneficiary was designated or no designated beneficiary survived the deceased. It is to be completed only by the person or one of the persons within the first surviving class of the following classes of successive preference beneficiaries of the deceased: (1) widow or widower; (2) children; (3) parents; (4) brothers or sisters; (5) executor or administrator.

The undersigned, for himself/herself, their heirs, executors, and assigns hereby agree to release and forever discharge the Company from any further liability under the above-referenced policies and further agrees to indemnify the Company and to hold harmless from any and all claims, costs, expenses and damages which may result from the Company's reliance on the representations made herein and payment in accordance therewith.

State or Province of Delaware

County of New Castle ) SS # 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

I, _____ residing at 13 Capano Dr.

Newark (city or town)   DE 19702 (state or province), being first duly sworn, depose and state:

| | |
|---|---|
| **WIDOW OR WIDOWER** | That I am the surviving spouse of the deceased person named above. The date of my birth is __/__/__   Signed X _____ |
| **SON OR DAUGHTER** | That the deceased person named above left no surviving spouse; that I am the child of the deceased; and that the deceased left no surviving children other than myself and those listed below: <br> Name / Address / SS # / Date of Birth <br> The date of my birth is __/__/__   Signed X _____ |
| **FATHER OR MOTHER** | That the deceased person named above left no surviving spouse or child; that I am a parent of the deceased; and that the other parent is listed below: <br> Name / Present Address / SS # / Date of Birth <br> Signed X _____ |
| **BROTHER OR SISTER** | That the deceased person named above left no surviving spouse, child or parent; that I am the brother/sister of the deceased; and that the deceased left no surviving brothers or sisters other than myself and those listed below: <br><br> Name: ~~Paul Weik~~   Address: ~~1123 Powderhorn Dr.~~   SS #: 221 20 7937   Date of Birth: 8/26/35 <br><br> The date of my birth is 8/Dec/55   Signed X _____ |
| **EXECUTOR OR ADMINISTRATOR** | That the deceased person named above left no surviving spouse, child, parent, brother or sister; that I am the executor or administrator of the estate of the deceased. <br> Signed X _____ |

Subscribed and sworn to before me this 29 day of March, 2004

(SEAL)   _____ Notary Public or other official authorized to administer oaths

My commission or term expires _____

G0383b Rev. 2-94