# EXHIBIT 2

AUG 11 2004

**CIGNA Group Insurance**
Connecticut General Life Insurance Company
Insurance Company of North America
Life Insurance Company of North America
INA Life Insurance Company of New York



CIGNA

*Group/Association - Proof of Loss*
*Life Insurance    Accidental Death Insurance*

EFILED

| SECTION I ADMINISTRATOR'S STATEMENT | Name of Member: Carl Weik | | LINA Policy #: |
|---|---|---|---|
| | If deceased dependent, name of dependent: — | | Certificate # (attach cert): AT0025401 |
| | Relationship to member: ☐ spouse ☐ child | Member's Social Security #: 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 | Amount of insurance: Basic: $ |
| | Full Name of Beneficiary(ies): Paul Weik (Brother) | | Supp: $ |
| | | | AD&D: $ |

I certify that the above information is correct based on our records. The information above and any accompanying documents and statements of all the physicians who treated the deceased and all other papers required shall be part of the proofs of death. The furnishing of this or any related form is not an admission that any insurance was in force on the date of death, nor a waiver of any rights or defenses.

Group Policyholder Name:

Administrator Name:

Signature of Administrator

**BENEFICIARY'S INSTRUCTIONS**
- If there is more than one beneficiary, each beneficiary must complete a copy of Section III.
- At least one beneficiary must complete Sections II, IV, and Section V, if Accidental Death benefits are claimed.
- One copy of the Certified death certificate must be submitted for proof of death.

| SECTION II | Deceased's name: Carl Weik | Deceased's date of birth: 3/5/31 |
|---|---|---|
| | Deceased's address (street, city, state, zip code): 13 Capano Dr. Apt C4 | Date of death: 3/11/04 |
| | Name of Deceased's Employer: Retired | Date Deceased last worked: |
| | Full address of Employer (street, city, state, zip code): | Reason for leaving work: ☐ death ☐ vacation ☐ other ☐ illness ☐ retired ☐ injury ☐ laid off |
| | Deceased's occupation: Painter | |

Names and address of all Physicians or Practitioners who treated insured in last 5 years (attach separate sheet if more space is needed):

| Name | Address (street, city, state, zip code) | Dates Treated | Condition Treated |
|---|---|---|---|
| V.A. Hospital | Wilm. De. | | |

With what Company(ies) and in what amount(s) was Life of Deceased Insured?

| Name of Company, City, and State | Policy Date | Amount | Accidental Death Benefits |
|---|---|---|---|
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |

| SECTION III | Beneficiary's name: Paul Weik | Beneficiary's date of birth: 8/26/35 |
|---|---|---|
| | Beneficiary's full address (street, city, state, zip code): 1123 Powderhorn Dr. Newark De. 19713 | Home phone: (302) 7373524 Work phone: ( ) None |
| | I am making claim to: ☒ All of the proceeds on the Member's claim ☐ Only the portion due me as one of the beneficiaries | My relationship to Member: ☐ Spouse ☐ Child ☒ Brother |

Certification - Under penalties of perjury, I certify that:
(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
(2) I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement arrangement (IRA), and payments other than interest and dividends).

Certification Instructions - You must cross out item (2) above if you have been notified by IRS that you are currently subject to backup withholding because of under-reporting interest or dividends on your tax return.

| Beneficiary's Signature: Paul Weik | Date: 3-29-04 | Social Security #/TIN: 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 |
|---|---|---|

Any person who knowingly and with intent to defraud any Insurance Company or other person files a statement of Claim containing any materially false

(over)

## SECTION IV — Authorization

To all physicians, hospitals, medical service providers, druggists, employers, consumer reporting agencies, law enforcement agencies, and any other agencies or organizations (including other insurance companies, Blue Cross-Blue Shield, self insured, and prepaid health plans) and specifically:

_____ Hospital(s) and Dr.(s) _____

You are authorized to permit the Life Insurance Company of North America (LINA) and its authorized representatives to view and obtain a copy of all RECORDS* including employment, law enforcement, financial, insurance claim records and medical records as to examination, history, diagnosis, treatment and prognosis with respect to any physical or mental condition including psychiatric, drug or alcohol treatment and disease of

_____ Carl Weik _____
print name of insured

I understand the information obtained will only be used by LINA to determine eligibility for insurance and benefits claimed under the insured's policy. I consent to redisclosure of such information to reinsuring companies, the Medical Information Bureau and such other persons or organizations performing business or legal services in connection with my claim, or as may be otherwise lawfully required. Such information will not be given, sold, transferred, or relayed to any other person not specified in this form without my written consent.

I understand this authorization may be revoked by written notice to LINA, but this will not apply to information already released. If not revoked, this authorization will be valid while the claim is pending, but not to exceed a maximum of two years from the date below.

I know I may request a copy of this authorization. I also agree a photographic copy of this authorization shall be as valid as the original.

* Limitations if any:

Date: 3/29/04    Signed: _____    If other than insured, give relationship: Brother

## SECTION V — Accidental Death Benefit

- If Accidental Death benefits are being claimed, at least one beneficiary must complete this section.
- Please attach any newspaper articles, accident reports, autopsy report, and other documentation that would support your claim and complete the following:

Date and time of accident causing death: 3/6/04    ☐ AM  ☒ PM
Place of accident: ☒ Highway  ☐ Home  ☐ At Work  ☐ Recreation  ☐ Other

Describe accident in detail:
See Accident Report State Police

Give names and address of witnesses (attach separate sheet of paper if necessary):

If automobile accident, was insured:
☒ Driver of Vehicle  ☐ Passenger  ☐ Pedestrian

Did this accident occur in the course of Insured's usual occupation? ☐ Yes ☒ No
If "Yes", has Workers' Compensation Claim been presented? ☐ Yes ☐ No

What injuries were sustained?
See Death Cirtificate

Was immediate first aid sought? ☐ Yes ☐ No
If "Yes" give name and address of:
Doctor:
Hospital:
Other:

Was accident reported to police or other official agency? ☒ Yes ☐ No
If "Yes" give name and address of department or agency: De. State Police

Was an autopsy performed? ☐ Yes ☒ No    If copy NOT attached, complete below:

| Autopsy Performed by: | Address (city, state, zip code) | Date Performed |
|---|---|---|

The above statements are true and complete regarding the death of the insured described on the other side of this form.

Signature of Beneficiary:     Date: 5-29-04