# CERTIFICATION OF VITAL RECORD

**CERTIFICATE OF DEATH**
**State of Delaware** (107)

OFFICE OF VITAL STATISTICS
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

LOCAL REG NO.                                    STATE FILE NUMBER

**DECEDENT**
1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): CARL WEIK
2. SEX: MALE
3. DATE OF DEATH: MARCH 11, 2004
4. SOCIAL SECURITY NO.:
5A. AGE (YRS): 73
5B. UNDER 1 YEAR MONTHS/DAYS:
5C. UNDER 1 DAY HOURS/MINUTES:
6. DATE OF BIRTH: ,1931
7. BIRTHPLACE: WILMINGTON, DE
8. WAS DECEDENT EVER IN U.S. ARMED FORCES?: YES
9. ANATOMICAL GIFT: NOT GRANTED
10A. PLACE OF DEATH: HOSPITAL - INPATIENT
10B. FACILITY NAME: CHRISTIANA CARE HEALTH SYSTEM / CHRISTIANA HOSPITAL
10C. CITY, TOWN OR LOCATION OF DEATH: NEWARK
10D. COUNTY OF DEATH: N.C.
11. MARITAL STATUS: NEVER MARRIED
12. SURVIVING SPOUSE: N/A
13A. DECEDENT'S USUAL OCCUPATION: PAINTER
13B. KIND OF BUSINESS/INDUSTRY: CONSTRUCTION
14A. RESIDENCE – STATE: DELAWARE
14B. COUNTY: NEW CASTLE
14C. CITY, TOWN, OR LOCATION: NEWARK
14D. STREET AND NUMBER: 13 CAPANO DRIVE
14E. INSIDE CITY LIMITS?: NO
14F. ZIP CODE: 19711
15. WAS DECEDENT OF HISPANIC ORIGIN?: NO
16. RACE: WHITE
17. DECEDENT'S EDUCATION: ELEMENTARY/SECONDARY (0-12): 10

**PARENTS**
18. FATHER'S NAME: HOWARD WEIK
19. MOTHER'S NAME: HANNAH (SHIELDS)

**INFORMANT**
20A. INFORMANT'S NAME: PAUL R. WEIK/BROTHER
20B. MAILING ADDRESS: 1123 POWDERHORN DRIVE NEWARK, DE 19713

**DISPOSITION**
21A. METHOD OF DISPOSITION: BURIAL
21B. PLACE OF DISPOSITION: DELAWARE VETERANS MEMORIAL CEMETERY
21C. LOCATION: BEAR, DE
22A. SIGNATURE OF FUNERAL DIRECTOR: [signature]
22B. LICENSE NUMBER: K10000524
23. NAME AND ADDRESS: DOHERTY FUNERAL HOMES, INC. 1900 DELAWARE AVE: WILM, DE 19806
24. REGISTRAR'S SIGNATURE: [signature]
25. DATE FILED: MAR 24 2004

**PRONOUNCING OFFICIAL**
25A. DR. JON RYCKMAN
27. TIME OF DEATH: 20:03 PM
28. DATE PRONOUNCED DEAD: MARCH 11, 2004
29. WAS CASE REFERRED TO MEDICAL EXAMINER?: YES

**CERTIFIER**
30A. CERTIFIER: MEDICAL EXAMINER
30B. SIGNATURE AND TITLE OF CERTIFIER: DEPUTY CHIEF MEDICAL EXAMINER
30C. LICENSE NUMBER: C10004375
30D. DATE SIGNED: MARCH 18, 2004
31. NAME AND ADDRESS OF CERTIFIER: ADRIENNE SEKULA-PERLMAN, M.D., 200 SOUTH ADAMS STREET, WILMINGTON, DE 19801

32A. WAS AN AUTOPSY PERFORMED?: NO
32B. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: NO
33. MANNER OF DEATH: ACCIDENT
34. DATE OF INJURY: 3/6/04
35. TIME OF INJURY: 10:38 PM
36. INJURY AT WORK?: NO
37. DESCRIBE HOW INJURY OCCURRED: DRIVER OF VEHICLE, INVOLVED IN MULTI-VEHICLE ACCIDENT INCLUDING A HEAD ON COLLISION WITH ANOTHER VEHICLE.
38. PLACE OF INJURY: ROUTE 72
39. LOCATION: SUNSET LAKE ROUTE AND REYBOLD RD, NEWARK, DE

40. PART I
IMMEDIATE CAUSE (A): HYPERTENSIVE HEART DISEASE (PREVIOUS
(B): CEREBROVASCULAR ACCIDENT) AND BLUNT FORCE
(C): TRAUMA
(D):

PART II OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO CAUSE OF DEATH: 015212

2004 MAR 24 P 3:0

L38787

REV. 9/98
(1) ORIGINAL COPY—STATE

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Delaware Division of Public Health.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.

State Registrar