UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PAUL WEIK, as administrator of the estate of CARL WEIK** | : : : : |
| **Plaintiff,** | : CASE NO.: 1:05-cv-00713(UNA) |
| **V.** | : : |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, AND ASSOCIATION GROUP INSURANCE ADMINISTRATOR,** | : : : : : |
| **Defendants,** | : : |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendants Life Insurance Company of North America ("LINA"), Legionnaire Insurance Trust ("Legionnaire") and Association Group Insurance Administrator ("AGIA"), for their Answer and Affirmative Defenses, state the following in response to the numbered paragraphs of the Complaint:

1. Defendants admit the allegations of this paragraph.

2. Defendants admit that LINA is a Pennsylvania corporation that is authorized to transact insurance business in the State of Delaware.

3. Defendants deny the allegations of paragraph three. Defendant Legionnaire is a not-for-profit trust, organized and maintained under Internal Revenue Code § 501 (c) (19), to which numerous Departments (state organizations) of The American Legion have joined, and has its situs in Washington, D.C.

4. Defendants admit that AGIA is a California corporation with its principal place of

business at 1155 Eugenia Place, Carpinteria, CA USA 93013. Defendants deny the remaining allegations of this paragraph. By way of correction, the proper name of this defendant is A.G.I.A., Inc.

5. Defendants admit the allegations of this paragraph.

6. The allegations of this paragraph characterize a document and as such no responsive pleading is required.

7. The allegations of this paragraph characterize a document and as such no responsive pleading is required.

8. Defendants admit that decedent Carl Weik operated his motor vehicle at 10:38 p.m. on March 6, 2004 in Newark, Delaware. Defendants deny the remaining allegations of this paragraph.

9. Defendants admit the allegations of this paragraph.

10. Defendants admit only that decedent was taken to Christiana Hospital for treatment and that he died on March 11, 2004. Defendants deny the remaining allegations of this paragraph.

11. Defendants admit that Plaintiff filed a claim for benefits under the Policy.

12. Defendants admit only that LINA denied Plaintiff's claim for Policy benefits and deny that either Legionnaire or AGIA made the denial decision.

13. This paragraph states conclusions of law that do not require answer. To the extent this paragraph alleges facts, Defendants deny them.

**WHEREFORE,** Defendants Life Insurance Company of North America, Legionnaire Insurance Trust and A.G.I.A., Inc. respectfully deny that Plaintiff is entitled to any of the relief requested in the Complaint, and ask the Court to enter judgment for Defendants and against Plaintiff with prejudice.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a cause of action for which relief may be granted.

2. Plaintiff's claims are barred by the terms and conditions of the Policy.

3. Plaintiff is not entitled to the benefits because the claimed loss is excluded by the clear and unambiguous terms of the Policy.

4. Defendants have complied with any and all statutory, fiduciary and common law duties and obligations that they may have owed Plaintiff.

5. Plaintiff's claims are barred because Defendants' conduct was privileged and/or justified.

6. Plaintiff is not entitled to recover attorney fees and costs.

7. Defendants reserve the right to amend, modify and/or supplement their affirmative defenses as they discovers further information with regard to Plaintiff's claims.

**WHEREFORE,** Defendants Life Insurance Company of North America, Legionnaire Insurance Trust and A.G.I.A., Inc. respectfully deny that Plaintiff is entitled to any of the relief requested in the Complaint, and ask the Court to enter judgment for Defendants and against Plaintiff with prejudice.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (ID #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
Attorney for Defendants,
Life Insurance Company of North America,
Legionnaire Insurance Trust and
Association Group Insurance Administrators

Dated: October 11, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL WEIK, as administrator of<br>the estate of CARL WEIK<br><br>    Plaintiff,<br><br>V.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, LEGIONNAIRE<br>INSURANCE TRUST, AND<br>ASSOCIATION GROUP INSURANCE<br>ADMINISTRATOR,<br><br>    Defendants, | CASE NO.: 05-cv-00713 |

### CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on October 11, 2005, I electronically filed the *Defendant's Answer and Affirmative Defenses* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copy by First Class U.S. Mail, postage prepaid to the following:

    Arthur Krawitz, Esquire
    Matthew R. Fogg, Esquire
    Doroshow, Pasquale, Krawitz, Siegel & Bhaya
    1202 Kirkwood Highway
    Wilmington, DE 19805

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (ID #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680

Dated: October 11, 2005