IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PAUL WEIK, as administrator of the estate of CARL WEIK<br><br>Plaintiff,<br><br>V.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, AND ASSOCIATION GROUP INSURANCE ADMINISTRATOR,<br><br>Defendants, | Civ. No.: 05-713-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Mark C. Stephenson, Esquire to represent Defendants in this matter.

Signed: _____

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE  19806
(302) 777-4680

Attorney for Defendants

Date: 11/2/05

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission Pro Hac Vice is granted.

Date:_____         _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, of, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this Motion.

Signed: _____
Mark C. Stephenson, Esquire

Date: October 26, 2005

Margolis Edelstein
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA  19106
(215) 931-5876

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL WEIK, as administrator of the estate of CARL WEIK, | : |
| Plaintiff, | : |
| v. | : C.A. NO. 05-713(SLR) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, AND ASSOCIATION GROUP INSURANCE ADMINISTRATOR | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on November 2, 2005, I electronically filed ***Motion and Order for Admission Pro Hac Vice*** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

Arthur M. Krawitz, Esquire
Law Offices of Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, DE 19805

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, Delaware 19806