IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL WEIK, as administrator of the estate of CARL WEIK, : : : | |
| Plaintiff, : : | |
| : | C.A. NO. 05-713(SLR) |
| v. : : | |
| LIFE INSURANCE COMPANY OF : NORTH AMERICA, : LEGIONNAIRE INSURANCE : TRUST, AND ASSOCIATION : GROUP INSURANCE : ADMINISTRATOR : : | |
| Defendants. : | |

## ORDER

This 30th day of November, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by **Friday, December 16, 2005,** the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

    (a) Discovery will be needed on the following subjects: medical causation for the death of the Insured and such other subjects as may arise during discovery.

(b)     All discovery shall be commenced in time to be completed by **Friday, April 28, 2006**.

(c)     Maximum of **30** interrogatories by each party to any other party.

(d)     Maximum of **20** requests for admission by each party to any other party.

(e)     Maximum of **10** depositions by plaintiff and **10** by defendant.

(f)     Each deposition, limited to a maximum of **7 hours** unless extended by agreement of parties.

(g)     Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **Tuesday, February 28, 2006**. Rebuttal expert reports due by **Friday, April 28, 2006**.

(h)     **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to two (2) Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.     **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motion to join other parties, amend the pleadings, and certify a class action shall be filed on or before **Tuesday, February 28, 2006**.

4.     **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement.

5. **Summary Judgment Motions.** The parties shall advise the court in the event that any of them intends to file a summary judgment motion not later then the close of discovery.

6. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to changers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7. **Motions in Limine.** All motions in limine shall be filed on or before **Wednesday, May 17, 2006.** All responses to said motions shall be filed on or before **Wednesday, May 24, 2006.**

8. **Pretrial Conference.** A pretrial conference will be held on **Wednesday, May 31, 2006** at **4:30 p.m** in Courtroom No. 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial.** This matter is scheduled for a **two-day jury** trial commencing on **June 26, 2006** in Courtroom 6B, Sixth Floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
Judge Sue L. Robinson