IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL WEIK, | : |
| Plaintiff, | :    **C.A. No.: 05-713-SLR** |
| v. | : |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, and ASSOCIATION GROUP INSURANCE ADMINISTRATOR, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, ESQUIRE, hereby certify that I have this 2nd day of March, 2006, A.D., mailed, US postage pre-paid, two (2) true and correct copies of the following document(s) addressed to the person(s) listed below:

**DOCUMENT:**

Plaintiff's First Set of Interrogatories Directed to Defendants
Plaintiff's First Request for Production Directed to Defendants

**PERSON:**

Mark C. Stephenson, Esquire
Jeffrey K. Martin, Esquire
Margolis Edelstein
601 Walnut St., 4th Floor
Philadelphia, PA 19106-3304

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By:   /s/ Matthew R. Fogg
MATTHEW R. FOGG
1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100

Doroshow, Pasquale,
Krawitz, Siegel & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100