OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

**DATE:** 3/6/06

**TO:** Matthew R. Fogg, Esq.

**RE:** CA# 05-713-SLR  CASE CAPTION: Weik v. Life Insurance Company of North America, et al.

**DOCUMENT TITLE:** Interrogatories and Request for production of documents

As noted below, a document or a courtesy copy has been filed in the above noted case which ***does not conform*** to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐ Copy must be properly bound. Rubber bands and binder clips are not acceptable bindings (e.g. Brief, Appendix).

☐ Courtesy copy not received by next business day.

☐ Redacted copy of sealed document not received within 5 business days.

☐ Pro Hac Vice fee not yet paid.

☐ The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐ Certificate of Service not included with the document.

X Discovery document(s) erroneously filed: DI#s 10 and 11 will be removed from the docket.

☐ 7.1.1 statement required with non-dispositive motions was not included with the document.

☐ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ Brief exceeds the page limitations _____.

☐ Brief does not include a paginated table of contents/citations.

☐ Diskette or CD exceeds 2.5 megabytes. Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐ Document not in PDF format. Provide disk/CD with document in PDF format.

☐ Document not readable in PDF reader, or ☐ appears to be missing pages.

☐ Other:_____

If there are any questions concerning this matter, please do not hesitate to contact this office. Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc: Assigned Judge

/s/ Francesca Tassone
Deputy Clerk

(Rev. 5/05)