IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| PAUL WEIK, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 05-713-SLR |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, and ASSOCIATION GROUP INSURANCE ADMINISTRATOR, | : |
| Defendants. | : |

### NOTICE OF DEPOSITION

TO:   Mark C. Stephenson, Esquire
Jeffrey K. Martin, Esquire
Margolis Edelstein
601 Walnut St., 4th Floor
Philadelphia, PA 19106-3304

PLEASE TAKE NOTICE that the undersigned will take the deposition of **John Teoli** on **April 18, 2006 beginning at 9:30 a.m.**

The deposition will be held at the office of the undersigned, 1202 Kirkwood Highway, Wilmington, DE.

DATE: 3-22-06

By: _____
DOROSHOW, PASQUALE, KRAWITZ & BHAYA

ARTHUR M. KRAWITZ
MATTHEW R. FOGG
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100
Attorneys for Plaintiff

Doroshow, Pasquale,
Krawitz & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

cc: Wilcox & Fetzer, Court Reporters

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| PAUL WEIK,<br><br>　　　　Plaintiff,<br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, LEGIONNAIRE<br>INSURANCE TRUST, and<br>ASSOCIATION GROUP INSURANCE<br>ADMINISTRATOR,<br><br>　　　　Defendants. | C.A. No.: 05-713-SLR |

### CERTIFICATE OF SERVICE

I, TARA E. HAFER, certify that on this 22nd day of March, 2006, I sent via U.S. mail two (2) copies of the following document to the persons listed below:

DOCUMENT:

Notice of Deposition

PERSONS:

Mark C. Stephenson, Esquire
Margolis Edelstein
601 Walnut St., 4th Floor
Philadelphia, PA 19106-3304

Jeffrey Martin, Esquire
Margolis & Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

　　　　　　　　　　　　　　　　　DOROSHOW, PASQUALE,
　　　　　　　　　　　　　　　　　KRAWITZ & BHAYA

　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　TARA E. HAFER
　　　　　　　　　　　　　　　　　1202 Kirkwood Highway
　　　　　　　　　　　　　　　　　Wilmington, DE  19805
　　　　　　　　　　　　　　　　　(302) 998-0100