IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| PAUL WEIK,<br><br>    Plaintiff,<br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, LEGIONNAIRE<br>INSURANCE TRUST, and<br>ASSOCIATION GROUP INSURANCE<br>ADMINISTRATOR,<br><br>    Defendants. | :<br>:<br>:<br>:   C.A. No.: 05-713-SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF RECORDS DEPOSITION

TO:    Mark C. Stephenson, Esquire
Jeffrey K. Martin, Esquire
Margolis Edelstein
601 Walnut St., 4th Floor
Philadelphia, PA 19106-3304

PLEASE TAKE NOTICE that the undersigned will take the records-only deposition of

the following individual on **April 3, 2006 beginning at 3:00 p.m.**:

    **JOE MULFORD, Director of Communications, Delaware State Police**
    **3601 North DuPont Highway**
    **New Castle, DE 19703**

**DUCES TECUM:** **Deponent is requested to produce a dispatch log and any audiotape and/or transcript of the 911 call placed by John Teoli regarding an automobile accident that occurred near the intersection of Sunset Lake Road and Reybold Road in Newark, Delaware on March 6, 2004 at approximately 10:38 p.m..**

The deposition will be held at the office of the undersigned, 1202 Kirkwood Highway,

Wilmington, DE.

**NOTE:** **Appearance will be waived if the documents are produced on or**

**before April 3, 2006.**

Doroshow, Pasquale,
Krawitz, & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

|  |  |
|---|---|
|  | DOROSHOW, PASQUALE, KRAWITZ & BHAYA |
| DATE: 3.22.06 | By: /s/ _____<br>ARTHUR M. KRAWITZ<br>MATTHEW R. FOGG<br>1202 Kirkwood Highway<br>Wilmington, DE  19805<br>(302) 998-0100<br>Attorneys for Plaintiff |

Doroshow, Pasquale,
Krawitz, & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| PAUL WEIK, | : |
| Plaintiff, | : C.A. No.: 05-713-SLR |
| v. | : |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, and ASSOCIATION GROUP INSURANCE ADMINISTRATOR, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, TARA E. HAFER, certify that on this _22nd_ day of March, 2006, I sent via U.S. mail two (2) copies of the following document to the persons listed below:

DOCUMENT:

Notice of Records Deposition

PERSONS:

Mark C. Stephenson, Esquire
Margolis Edelstein
601 Walnut St., 4th Floor
Philadelphia, PA 19106-3304

Jeffrey Martin, Esquire
Margolis & Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: _____
TARA E. HAFER
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100