IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| PAUL WEIK,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, and ASSOCIATION GROUP INSURANCE ADMINISTRATOR,<br><br>    Defendants. | C.A. No.: 05-713-SLR |

## NOTICE OF RECORDS DEPOSITION

TO:    Mark C. Stephenson, Esquire
Jeffrey K. Martin, Esquire
Margolis Edelstein
601 Walnut St., 4th Floor
Philadelphia, PA 19106-3304

PLEASE TAKE NOTICE that the undersigned will take the records-only deposition of the following individual on **March 29, 2006 beginning at 3:00 p.m.:**

**Christiana Care Health Systems
4755 Ogletown-Stanton Road
Newark, DE 19718**

**DUCES TECUM: Deponent is requested to produce all records, reports notes and diagnostic studies related to the diagnosis and treatment of Carl Weik.**

The deposition will be held at the office of the undersigned, 1202 Kirkwood Highway, Wilmington, DE.

**NOTE:** Appearance will be waived if the documents are produced on or before **March 29, 2006.**

|  |  | DOROSHOW, PASQUALE, KRAWITZ & BHAYA |
|---|---|---|

DATE: 3·22·06                    By: _____
                                      ARTHUR M. KRAWITZ
                                      MATTHEW R. FOGG
                                      1202 Kirkwood Highway
                                      Wilmington, DE  19805
                                      (302) 998-0100
                                      Attorneys for Plaintiff

Doroshow, Pasquale,
Krawitz, & Bhaya
1202 Kirkwood Highway
Wilmington, Delaware 19805
302-998-0100

Case 1:05-cv-00713-SLR     Document 18     Filed 03/22/2006     Page 2 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| PAUL WEIK, | : |
| Plaintiff, | : C.A. No.: 05-713-SLR |
| v. | : |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, and ASSOCIATION GROUP INSURANCE ADMINISTRATOR, | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, TARA E. HAFER, certify that on this 22nd day of March, 2006, I sent via U.S. mail two (2) copies of the following document to the persons listed below:

DOCUMENT:

Notice of Records Deposition

PERSONS:

Mark C. Stephenson, Esquire
Margolis Edelstein
601 Walnut St., 4th Floor
Philadelphia, PA 19106-3304

Jeffrey Martin, Esquire
Margolis & Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: _____
TARA E. HAFER
1202 Kirkwood Highway
Wilmington, DE  19805
(302) 998-0100