IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| PAUL WEIK,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, LEGIONNAIRE INSURANCE TRUST, and ASSOCIATION GROUP INSURANCE ADMINISTRATOR,<br><br>    Defendants. | C.A. No.: 05-713-SLR |

### RE - NOTICE OF DEPOSITION

TO:   Mark C. Stephenson, Esquire        Jeffrey K. Martin, Esquire
        Nelson, Levine, DeLuca & Horst      Margolis Edelstein
        Four Sentry Parkway                  1509 Gilpin Ave.
        Suite 300                                Wilmington, DE 19806
        Blue Bell, PA 19422

PLEASE TAKE NOTICE that the undersigned will now take the deposition of **John Teoli** on **Friday, April 21, 2006 beginning at 4:00 p.m.**

The deposition will be held at the office of the undersigned, 1202 Kirkwood Highway, Wilmington, DE.

                                                      DOROSHOW, PASQUALE,
                                                      KRAWITZ & BHAYA

DATE: 4/17/06                    By:   /s/ Matthew R. Fogg
                                                      ARTHUR M. KRAWITZ (ID #2440)
                                                        MATTHEW R. FOGG (ID #4254)
                                                        1202 Kirkwood Highway
                                                        Wilmington, DE 19805
                                                        (302) 998-0100
                                                        arthurkrawitz@dplaw.com
                                                        matthewfogg@dplaw.com
                                                        Attorneys for Plaintiff

cc: Corbett & Wilcox, Court Reporters

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| PAUL WEIK,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, LEGIONNAIRE<br>INSURANCE TRUST, and<br>ASSOCIATION GROUP INSURANCE<br>ADMINISTRATOR,<br><br>    Defendants. | C.A. No.: 05-713-SLR |

### CERTIFICATE OF SERVICE

I, MATTHEW R. FOGG, certify that on this 17th day of April, 2006, I sent via e-file and regular U.S. mail two (2) copies of the following document to the persons listed below:

DOCUMENT:

Re - Notice of Deposition

PERSONS:

Mark C. Stephenson, Esquire
Nelson, Levine, DeLuca & Horst
Four Sentry Parkway
Suite 300
Blue Bell, PA 19422

Jeffrey Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

DOROSHOW, PASQUALE,
KRAWITZ & BHAYA

By: /s/ Matthew R. Fogg
MATTHEW R. FOGG (ID # 4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
matthewfogg@dplaw.com