

**Law Offices**
**DOROSHOW**
**PASQUALE**
**KRAWITZ**
**& BHAYA**

ERIC M. DOROSHOW *
ROBERT PASQUALE *
ARTHUR M. KRAWITZ **
SHAKUNTLA L. BHAYA *
MARY C. BOUDART
DONALD E. GREGORY
DEBRA C. ALDRICH *
DONALD E. MARSTON
ANDREA G. GREEN
JESSICA LEWIS WELCH

• • • • •

ANGELA PINTO ROSS
KAREN Y. VICKS **
MATTHEW R. FOGG +
CYNTHIA H. PRUITT
NINA PAPPOULIS
TARA A. BLAKELY
JENNIFER S. DONAHUE +
DEBORAH J. GALONSKY +
AIMEE CZACHOROWSKI *
JENNIFER M. MENSINGER
TARA E. HAFER ++
CHRISTINA L. YEAGER ++

* Admitted in PA also
** Admitted in PA & NJ also
+ Admitted in NJ also
++ Admitted in NJ only

1202 Kirkwood Highway
Wilmington, Delaware 19805
(302) 998-0100
Facsimile: (302) 998-9114

1701 Pulaski Highway
Bear, Delaware 19701
(302) 832-3200
Facsimile: (302) 834-8186

911 S. DuPont Highway
P.O. Box 1428
Dover, Delaware 19903
(302) 734-8700
Facsimile: (302) 734-8674

500 W. Loockerman Street
Suite #120
Dover, Delaware 19904
(302) 674-7100
Facsimile: (302) 674-5514

213 E. DuPont Highway
Millsboro, Delaware 19966
(302) 934-9400
Facsimile: (302) 934-8400

903 Lakeview Avenue
Milford, Delaware 19963
(302) 424-7744
Facsimile: (302) 424-1176

*World Wide Web*
www.dplaw.com

PLEASE RESPOND TO:

1202 Kirkwood Highway
Wilmington, DE 19805

e-mail:
artkrawitz@dplaw.com

Direct dial:
302-636-4414

June 1, 2006

The Honorable Sue L. Robinson
United States District Court
844 King Street
Lock Box 31
Wilmington, DE 19801

RE:   Paul Weik v. Legionnaire Insurance Trust, et. al.
      C.A. No.: 05-713-SLR

Dear Judge Robinson:

This case settled shortly after the mediation with Judge Thynge on May 10, 2006. A stipulation of dismissal has not yet been filed.

A pre-trial conference had been set for May 31, 2006. I apologize that I did not inform the Court that this case was settled. I am sorry for the oversight.

Thank you for your consideration.

Respectfully submitted,

/s/ ARTHUR M. KRAWITZ
ARTHUR M. KRAWITZ
(Bar I.D. #2440)

AMK:lct
cc:   Mark C. Stephenson, Esquire
      Paul Weik

F:\PUBLIC\WORD\LETTERS\W0601AMK.doc