IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

PAUL WEIK, as administrator of :
the estate of CARL WEIK, :
:
Plaintiff, :
: C.A. NO. 05-713(SLR)
v. :
:
LIFE INSURANCE COMPANY OF :
NORTH AMERICA, :
LEGIONNAIRE INSURANCE :
TRUST, AND ASSOCIATION :
GROUP INSURANCE :
ADMINISTRATOR :
:
Defendants. :

## STIPULATION OF DISMISSAL

The parties, by and through their attorneys, hereby stipulate to dismiss the above-captioned matter with prejudice

DOROSHOW, PASQUALE, KRAWITZ
& BHAYA

_____
Arthur M. Krawitz, Esquire (#2440)
Matthew R. Fogg, Esquire (#4254)
1202 Kirkwood Highway
Wilmington, DE 19805
(302) 998-0100
Attorney for Plaintiffs

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4681
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2006.

_____
J.